# EXHIBIT A

U.S. Patent No. 6,429,810

| Claim 1 | |
|---|---|
| 1. A method of providing container status information to a user, the method comprising of the steps of: | PowerFleet, Inc. ("PowerFleet"), using the VAC4S, LCD601, LV-400, LV-450, Vehicle Gateway, DashCam, ELD solutions (such as the LV9000), FreightCam, Keyless Gateway, Micromobility Gateway, Digital Video Recorder, Speed Manager, Asset Gateway, Logistics Gateway, Logistics Gateway – Solar, Cold Chain Gateway, Temperature Sensor, Mount and Load Sensor, Forklift Gateway (VAC), Powerfleet Unity software/platform, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (collectively, the "Accused Products"), performs the method of claim 1.<br><br>For example, PowerFleet, using the Track and Trace System, including trailer tracking tags such as the LV-400 and LV-450 ("Asset Tracking System"), performs a method of providing container status information to a user.<br><br>**The LV-400**<br>Power Up Your Refrigerated Cargo<br><br>**01 / COMMAND**<br>The LV-400 integrates with all major refrigeration unit brands, as well as optional sensors, to allow complete remote control of the unit.<br><br>**02 / TRACKING**<br>The LV-400 delivers around-the-clock trailer tracking independent of whether the trailer is hitched to a tractor or sitting in dwell.<br><br>(https://www.powerfleet.com/solutions/powerfleet-for-logistics/hardware/) |
| attaching an electronic communications unit to a | PowerFleet, using the Asset Tracking System, performs the step of attaching an electronic communications unit to a shipping container. For example, the LV-400 and LV-450 are electronic |

1

U.S. Patent No. 6,429,810

| Claim 1 | |
|---|---|
| shipping container; | communications units (e.g., with cellular modem and GPS) that are attached to a shipping container.<br><br>The LV-400 enables users to monitor and remotely manage refrigerated trailers and cargo. Our seamless two-way integration with Carrier Transicold and Thermo King (LV-400 spec sheet) |
| generating a transaction identification code, wherein said transaction identification code is specific to said shipping container and specific to at least one user transaction; | PowerFleet, using the Asset Tracking System, performs the step of generating a transaction identification code, wherein said transaction identification code is specific to said shipping container and specific to at least one user transaction.<br><br>For example, the Asset Tracking System generates a transaction identification code (e.g., software code identifying an action, e.g., changing a set point temperature., for a specific trailer).  The transaction identification code is specific to the trailer and specific to at least one user transaction (e.g., changing a set point temperature, etc.).<br><br>• Two-way command and control to change set point temperatures as necessary from dispatch<br><br>(LV-400 spec sheet) |
| initiating a status inquiry utilizing said transaction identification code, wherein said user performs said initiating step; | PowerFleet, using the Asset Tracking System, performs the step of initiating a status inquiry utilizing said transaction identification code, wherein said user performs said initiating step.<br><br>For example, the transaction identification code is used to initiate a status inquiry.<br><br>The LV-400 enables users to monitor and remotely manage refrigerated trailers and cargo. Our seamless two-way integration with Carrier Transicold and Thermo King refrigeration units allow users to remotely control and monitor a reefer from their web browser. The solution delivers around-the-clock refrigerated trailer monitoring (LV-400 spec sheet) |

U.S. Patent No. 6,429,810

| Claim 1 | |
|---|---|
| receiving said status inquiry by a ground communications system; | PowerFleet, using the Asset Tracking System, performs the step of receiving said status inquiry by a ground communications system.<br><br>For example, the Asset Tracking System uses cellular communications to receive and respond to status inquiries. Cellular communications systems utilize ground communications systems (e.g., base stations). The base stations receive the status inquiry that is bound for the trackers.<br><br>**Specifications/Certifications**<br><br>Dimensions      118mm x 133mm x 36mm<br><br>Cellular      LTE, EC21-A, 3G/GSM Fall back is also available LTE/3G for high data bandwidth capability and fast data transfer rate<br><br>(LV-400 spec sheet) |
| transmitting said status inquiry to said electronic communications unit by said ground communications system; | PowerFleet, using the Asset Tracking System, performs the step of transmitting said status inquiry to said electronic communications unit by said ground communications system.<br><br>For example, the ground communications system transmits the status inquiry to the LV-400 and LV-450.<br><br>**Specifications/Certifications**<br><br>Dimensions      118mm x 133mm x 36mm<br><br>Cellular      LTE, EC21-A, 3G/GSM Fall back is also available LTE/3G for high data bandwidth capability and fast data transfer rate |

3

U.S. Patent No. 6,429,810

| Claim 1 | |
|---|---|
| | (LV-400 spec sheet) |
| obtaining a status information response by said electronic communications unit; | PowerFleet, using the Asset Tracking System, performs the step of obtaining a status information response by said electronic communications unit. |
| | For example, the LV-400 and LV-450 each obtain a status information response, e.g., by compiling its current temperature. |
| | The LV-400 enables users to monitor and remotely manage refrigerated trailers and cargo. Our seamless two-way integration with Carrier Transicold and Thermo King refrigeration units allow users to remotely control and monitor a reefer from their web browser. The solution delivers around-the-clock refrigerated trailer monitoring regardless of hooked or dropped status including location, set point temperature, inlet and outlet air temperature, fuel level (even when the reefer is turned off), and alarm events with notification occurring in real time. Additionally, our data Interfaces with our easy to user web-based User Interface. |
| | (LV-400 spec sheet) |
| transmitting said status information response to said ground communications system by said electronic communications unit; and | PowerFleet, using the Asset Tracking System, performs the step of transmitting said status information response to said ground communications system by said electronic communications unit. |
| | For example, the status information response is transmitted to the ground communications system (e.g., base station) by the LV-400 and LV-450. |

U.S. Patent No. 6,429,810

| Claim 1 | |
|---|---|
| | **Specifications/Certifications** <br><br> Dimensions      118mm x 133mm x 36mm <br><br> Cellular      LTE, EC21-A, 3G/GSM Fall back is also available LTE/3G for high data bandwidth capability and fast data transfer rate <br><br> (LV-400 spec sheet) |
| forwarding said status information response to said user by said ground communications system. | PowerFleet, using the Asset Tracking System, performs the step of forwarding said status information response to said user by said ground communications system. <br><br> For example, the ground communications system (e.g., base station) forwards the status information response to the user. <br><br> **Specifications/Certifications** <br><br> Dimensions      118mm x 133mm x 36mm <br><br> Cellular      LTE, EC21-A, 3G/GSM Fall back is also available LTE/3G for high data bandwidth capability and fast data transfer rate <br><br> (LV-400 spec sheet) |

5

U.S. Patent No. 6,429,810

| Claim 16 | |
|---|---|
| 16. The method of claim 1, said status inquiry initiating step further comprising the step of linking to said ground communications system via an Internet Web site. | PowerFleet, using the Asset Tracking System, performs the method of claim and the step wherein the said status inquiry initiating step further comprises the step of linking to said ground communications system via an Internet Web site.<br><br>The LV-400 enables users to monitor and remotely manage refrigerated trailers and cargo. Our seamless two-way integration with Carrier Transicold and Thermo King refrigeration units allow users to remotely control and monitor a reefer from their web browser. The solution delivers around-the-clock refrigerated trailer monitoring regardless of hooked or dropped status including location, set point temperature, inlet and outlet air temperature, fuel level (even when the reefer is turned off), and alarm events with notification occurring in real time. Additionally, our data Interfaces with our easy to user web-based User Interface. (LV-400 spec sheet) |

| Claim 23 | |
|---|---|
| 23. The method of claim 1, wherein said status information response is forwarded to said user via an Internet Web site. | PowerFleet, using the Asset Tracking System, performs the method of claim 1 and the step wherein said status information response is forwarded to said user via an Internet Web site. |

U.S. Patent No. 6,429,810

| Claim 23 | |
|---|---|
| | The LV-400 enables users to monitor and remotely manage refrigerated trailers and cargo. Our seamless two-way integration with Carrier Transicold and Thermo King refrigeration units allow users to remotely control and monitor a reefer from their web browser. The solution delivers around-the-clock refrigerated trailer monitoring regardless of hooked or dropped status including location, set point temperature, inlet and outlet air temperature, fuel level (even when the reefer is turned off), and alarm events with notification occurring in real time. Additionally, our data Interfaces with our easy to <span style="border:1px solid red">user web-based User Interface.</span> (LV-400 spec sheet) |

7