# EXHIBIT C

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| 1. A method for evaluating a channel of a multiple-input multiple-output (MIMO) wireless communication system, wherein said communication system comprises at least two communication devices having a plurality of radiating elements for the parallel transmission of data sub-streams, comprising: | PowerFleet, Inc. ("PowerFleet"), using the VAC4S, LCD601, LV-400, LV-450, Vehicle Gateway, DashCam, ELD solutions (such as the LV9000), FreightCam, Keyless Gateway, Micromobility Gateway, Digital Video Recorder, Speed Manager, Asset Gateway, Logistics Gateway, Logistics Gateway – Solar, Cold Chain Gateway, Temperature Sensor, Mount and Load Sensor, Forklift Gateway (VAC), Powerfleet Unity software/platform, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (collectively, the "Accused Products"), performs and/or instructs its customers to perform the method of claim 1.<br><br>For example, PowerFleet, using the VAC4S, LCD601, LV9000 ("Computing Devices"), performs a method for evaluating a channel of a multiple-input multiple-output (MIMO) wireless communication system, wherein said communication system comprises at least two communication devices having a plurality of radiating elements for the parallel transmission of data sub-streams.<br><br>As another example, the Computing Devices are adapted for wireless communications using 802.11n.<br><br>**Specifications**<br>Dimensions:               118mm x 220mm x 28mm<br>Weight:                   1.5kg<br>Display:                  7" TFT<br>Cellular:                 LTE w/3G Fall back (HSPA+)<br>Glonass/GPS:              SiRF5, 66 channel, -163dBm sensitivity<br>OS:                       Android 7.1.2<br>CPU:                      Qualcomm MSM8909 A7 Quad Code 1.0GHz<br>Memory:                   1GB LDP DDR3 (Memory)<br>                          8GB eMMC (Flash Storage)<br>**Connectivity:            RS232 Serial (6), USB 2.0 (2), Bluetooth LE, 802.11n**<br>Power:                    12V (Max 28V) 350mA input voltage<br>Operating Temperature:    -20°C to +75°C<br>Humidity:                 5% - 90% RH<br>Environmental:            IP67 rated<br><br>(LV9000 User Manual, p. 24) |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| | 802.11n implements beamforming in a MIMO system.<br><br>**20.3.12 Beamforming**<br><br>**20.3.12.1 General**<br><br>Beamforming is a technique in which the beamformer utilizes the knowledge of the MIMO channel to generate a steering matrix $Q_k$ that improves reception in the beamformee. (IEEE 802.11-2012, p. 1727)<br><br>A MIMO communication system comprises at least two communication devices (e.g., STA A and STA B) having a plurality of radiating elements (antennas) for the parallel transmission of data sub-streams, as depicted below.<br><br><br><br>Figure 20-14—Beamforming MIMO channel model (3x2 example)<br><br>(IEEE 802.11-2012, p. 1728) |
| defining a channel matrix metric, said channel matrix metric comprising a respective predefined | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform a step of defining a channel matrix metric, said channel matrix metric comprising a respective predefined function of channel matrix singular values for each of said data sub-streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| function of channel matrix singular values for each of said data sub-streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective sub-stream; | sub-stream.<br><br>For example, 802.11n implements beamforming which defines a channel matrix metric ($H_k$) that comprises a predefined function (equation 20-62) of channel matrix singular values for each of the data sub-streams.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, ... x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, ... y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}62)$$<br><br>where<br>$H_k$    is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$    is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>(IEEE 802.11-2012, p. 1727)<br><br>Referring to Figure 20-14, beamforming transmissions from STA A to STA B using implicit techniques are enabled when STA B sends STA A a sounding PPDU, the reception of which allows STA A to form an estimate of the MIMO channel from STA B to STA A, for all subcarriers. For a TDD channel in which the forward and reverse channels are reciprocal, the channel from STA A to STA B in subcarrier $k$ is the matrix transpose of the channel from STA B to STA A in subcarrier $k$ to within a complex scaling factor, i.e.,<br><br>$H_{AB,k} = \rho [H_{BA,k}]^T$. Here $H_{AB,k}$ is the MIMO channel matrix from STA A to STA B at subcarrier $k$, and $H_{BA,k}$ is the channel matrix from STA B to STA A at subcarrier $k$. STA A uses this relationship to compute transmit steering matrices that are suitable for transmitting to STA B over $H_{AB,k}$.<br><br>(IEEE 802.11-2012, p. 1728)<br><br>The channel matrix metric ($H_k$) comprises predefined functions for providing a measure of cross-talk signal to noise ratio (SNR) for sub-streams. |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| | The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62). <br><br> $\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n}$  (20-62) <br><br> where <br> $H_k$     is channel matrix of dimensions $N_{RX} \times N_{TX}$ <br> $\mathbf{n}$     is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14 <br><br> (IEEE 802.11-2012, p. 1727) |
| obtaining an estimated channel matrix; | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform a step of obtaining an estimated channel matrix. For example, to implement implicit beamforming, the beamformer obtains an estimated channel matrix $\tilde{H}_{AB,k}$. <br><br>  <br><br> Figure 20-15—Baseband-to-baseband channel |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| | The amplitude and phase responses of the transmit and receive chains can be expressed as diagonal matrices with complex valued diagonal entries, of the form $A_{TX,k}$ and $A_{RX,k}$ at STA A. The relationship between the baseband-to-baseband channel, $\tilde{H}_{AB,k}$, and the over-the-air channel, $H_{AB,k}$, is shown in Equation (20-64). $$\tilde{H}_{AB,k} = B_{RX,k} H_{AB,k} A_{TX,k} \quad (20\text{-}64)$$ Similarly, the relationship between $\tilde{H}_{BA,k}$ and $H_{BA,k}$ is shown in Equation (20-65). $$\tilde{H}_{BA,k} = A_{RX,k} H_{BA,k} B_{TX,k} \quad (20\text{-}65)$$ (IEEE 802.11-2012, p. 1729) | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform a step of performing a singular value decomposition (SVD) of said estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix. The SVD comprises a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix. |
| performing a singular value decomposition (SVD) of said estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix; and | For example, to estimate channel singular values, a singular value decomposition (SVD) is performed of the baseband-to-baseband channel matrix metric. The SVD comprises a left-hand unitary weighting matrix, e.g., $B_{RX,k}$, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix $A_{TX,k}$. |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| | The amplitude and phase responses of the transmit and receive chains can be expressed as diagonal matrices with complex valued diagonal entries, of the form $A_{TX,k}$ and $A_{RX,k}$ at STA A. The relationship between the baseband-to-baseband channel, $\tilde{H}_{AB,k}$, and the over-the-air channel, $H_{AB,k}$, is shown in Equation (20-64). $$\tilde{H}_{AB,k} = B_{RX,k} H_{AB,k} A_{TX,k} \quad (20\text{-}64)$$ Similarly, the relationship between $\tilde{H}_{BA,k}$ and $H_{BA,k}$ is shown in Equation (20-65). $$\tilde{H}_{BA,k} = A_{RX,k} H_{BA,k} B_{TX,k} \quad (20\text{-}65)$$ (IEEE 802.11-2012, p. 1729 |
| calculating a respective crosstalk measure for each of said sub-streams from said channel matrix metric and said estimated channel singular values. | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform a step of calculating a respective crosstalk measure for each of said sub-streams from said channel matrix metric and said estimated channel singular values. For example, a crosstalk measure (e.g., $K_{A,k}$) is calculated for each sub-stream k from the channel matrix metric (e.g., $H_{ABk}$) and the estimated channel singular values $\tilde{H}_{AB,k}$. As an example, consider the case where calibration is performed at both STA A and STA B. The objective is to compute correction matrices, $K_{A,k}$ and $K_{B,k}$, that restore reciprocity so that Equation (20-66) is true. $$\tilde{H}_{AB,k} K_{A,k} = \rho [\tilde{H}_{BA,k} K_{B,k}]^T \quad (20\text{-}66)$$ |

U.S. Patent No. 7,260,153

| Claim 1 | |
|---|---|
| | Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:<br><br>a) STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $H_{AB,k}$.<br>b) STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $H_{BA,k}$.<br>c) STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.<br>d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>(IEEE 802.11-2012, pp. 1729-30) |

7

U.S. Patent No. 7,260,153

| Claim 2 | |
|---|---|
| 2. A method according to claim 1, wherein each of said functions maps said channel singular values onto an expected value of said cross-talk SNR of said respective sub-stream. | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform the method of claim 1 and a step of wherein each of said functions maps said channel singular values onto an expected value of said cross-talk SNR of said respective sub-stream.<br><br>Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:<br><br>a) STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $H_{AB,k}$.<br>b) STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $\tilde{H}_{BA,k}$.<br>c) STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.<br>d) STA A uses its local estimates of $H_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>(IEEE 802.11-2012, pp. 1729-30) |

| Claim 19 | |
|---|---|
| 19. A method according to claim 1, wherein processing of said MIMO communication is performed in the time-domain. | PowerFleet, using the Accused Products, performs and/or instructs its customers to perform the method of claim 1 and a step of wherein processing of said MIMO communication is performed in the time-domain.<br><br>**20.3.12.2 Implicit feedback beamforming**<br><br>Implicit feedback beamforming is a technique that relies on reciprocity in the time division duplex channel to estimate the channel over which a device is transmitting based on the MIMO reference that is received from the device to which it plans to transmit. This technique allows the transmitting device to calculate a set of transmit steering matrices, $Q_k$, one for each subcarrier, which are intended to optimize the performance of the link.<br><br>(IEEE 802.11-2012, p. 1728) |

8

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| 28. A transmission apparatus for evaluating a channel of a MIMO wireless communication system, wherein said communication system comprises at least two communication devices having a plurality of radiating elements for the parallel transmission of data sub-streams, comprising: | PowerFleet, Inc. ("PowerFleet") makes, uses (including via testing), imports, sells and/or offers for sale, and/or instructs its customers to use (including test) the VAC4S, LCD601, LV-400, LV-450, Vehicle Gateway, DashCam, ELD solutions (such as the LV9000), FreightCam, Keyless Gateway, Micromobility Gateway, Digital Video Recorder, Speed Manager, Asset Gateway, Logistics Gateway, Logistics Gateway – Solar, Cold Chain Gateway, Temperature Sensor, Mount and Load Sensor, Forklift Gateway (VAC), Powerfleet Unity software/platform, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (collectively, the "Accused Products").<br><br>For example, the VAC4S, LCD601, and LV9000 ("Computing Devices") comprise a transmission apparatus for evaluating a channel of a MIMO wireless communication system, wherein said communication system comprises at least two communication devices having a plurality of radiating elements for the parallel transmission of data sub-streams.<br><br>For example, the Computing Devices are adapted for wireless communications using 802.11n. |

9

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| | **Specifications** |
| | Dimensions: 118mm x 220mm x 28mm |
| | Weight: 1.5kg |
| | Display: 7" TFT |
| | Cellular: LTE w/3G Fall back (HSPA+) |
| | Glonass/GPS: SiRF5, 66 channel, -163dBm sensitivity |
| | OS: Android 7.1.2 |
| | CPU: Qualcomm MSM8909 A7 Quad Code 1.0GHz |
| | Memory: 1GB LDP DDR3 (Memory) |
| | 8GB eMMC (Flash Storage) |
| | **Connectivity: RS232 Serial (6), USB 2.0 (2), Bluetooth LE, 802.11n** |
| | Power: 12V (Max 28V) 350mA input voltage |
| | Operating Temperature: -20°C to +75°C |
| | Humidity: 5% - 90% RH |
| | Environmental: IP67 rated |
| | (LV9000 User Manual, p. 24) |
| | 802.11n implements beamforming in a MIMO system. |
| | **20.3.12 Beamforming** |
| | **20.3.12.1 General** |
| | Beamforming is a technique in which the beamformer utilizes the knowledge of the MIMO channel to generate a steering matrix $Q_k$ that improves reception in the beamformee. (IEEE 802.11-2012, p. 1727) |
| | A MIMO communication system comprises at least two communication devices (e.g., STA A and STA B) having a plurality of radiating elements (antennas) for the parallel transmission of data sub-streams, as depicted below. |

10

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| | 

Figure 20-14—Beamforming MIMO channel model (3x2 example)

(IEEE 802.11-2012, p. 1728) |
| an SVD performer, configured for performing an SVD of an estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix; and | The Accused Products, such as the Computing Devices, comprise an SVD performer configured to perform a singular value decomposition (SVD) of said estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix.

For example, to estimate channel singular values, a singular value decomposition (SVD) is performed of the baseband-to-baseband channel matrix metric. The SVD comprises a left-hand unitary weighting matrix, e.g., $B_{RX,k}$, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix $A_{TX,k}$. |

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| | The amplitude and phase responses of the transmit and receive chains can be expressed as diagonal matrices with complex valued diagonal entries, of the form $A_{TX,k}$ and $A_{RX,k}$ at STA A. The relationship between the baseband-to-baseband channel, $\tilde{H}_{AB,k}$, and the over-the-air channel, $H_{AB,k}$, is shown in Equation (20-64).<br><br>$\tilde{H}_{AB,k} = B_{RX,k} H_{AB,k} A_{TX,k}$      (20-64)<br><br>Similarly, the relationship between $\tilde{H}_{BA,k}$ and $H_{BA,k}$ is shown in Equation (20-65).<br><br>$\tilde{H}_{BA,k} = A_{RX,k} H_{BA,k} B_{TX,k}$      (20-65)<br><br>(IEEE 802.11-2012, p. 1729 |
| a measure calculator associated with said SVD performer, configured for calculating a respective crosstalk measure for each of said sub-streams from said estimated channel singular values and a channel matrix metric. | The Accused Products, such as the Computing Devices, comprise a measure calculator associated with said SVD configured for calculating a respective crosstalk measure for each of said sub-streams from said channel matrix metric and said estimated channel singular values.<br><br>For example, a crosstalk measure (e.g., $K_{A,k}$) is calculated for each sub-stream k from the channel matrix metric (e.g., $H_{AB,k}$) and the estimated channel singular values $\tilde{H}_{AB,k}$.<br><br>As an example, consider the case where calibration is performed at both STA A and STA B. The objective is to compute correction matrices, $K_{A,k}$ and $K_{B,k}$, that restore reciprocity so that Equation (20-66) is true.<br><br>$\tilde{H}_{AB,k} K_{A,k} = \rho [\tilde{H}_{BA,k} K_{B,k}]^T$      (20-66) |

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| | Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:<br><br>a) STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $\hat{H}_{AB,k}$.<br>b) STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $\hat{H}_{BA,k}$.<br>c) STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.<br>d) STA A uses its local estimates of $\hat{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>(IEEE 802.11-2012, pp. 1729-30) |
| said channel matrix metric comprising a respective predefined function of channel matrix singular values for each of said data sub-streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective sub-stream. | The Accused Products, such as the Computing Devices, comprise a channel matrix metric comprising a respective predefined function of channel matrix singular values for each of said data sub-streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective sub-stream.<br><br>For example, 802.11n implements beamforming which defines a channel matrix metric ($H_k$) that comprises a predefined function (equation 20-62) of channel matrix singular values for each of the data sub-streams.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}62)$$<br><br>where<br>$H_k$ is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$ is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>(IEEE 802.11-2012, p. 1727) |

U.S. Patent No. 7,260,153

| Claim 28 | |
|---|---|
| | Referring to Figure 20-14, beamforming transmissions from STA A to STA B using implicit techniques are enabled when STA B sends STA A a sounding PPDU, the reception of which allows STA A to form an estimate of the MIMO channel from STA B to STA A, for all subcarriers. For a TDD channel in which the forward and reverse channels are reciprocal, the channel from STA A to STA B in subcarrier $k$ is the matrix transpose of the channel from STA B to STA A in subcarrier $k$ to within a complex scaling factor, i.e., $H_{AB,k} = \rho[H_{BA,k}]^T$. Here $H_{AB,k}$ is the MIMO channel matrix from STA A to STA B at subcarrier $k$, and $H_{BA,k}$ is the channel matrix from STA B to STA A at subcarrier $k$. STA A uses this relationship to compute transmit steering matrices that are suitable for transmitting to STA B over $H_{AB,k}$.<br><br>(IEEE 802.11-2012, p. 1728)<br><br>The channel matrix metric ($H_k$) comprises predefined functions for providing a measure of cross-talk signal to noise ratio (SNR) for sub-streams.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n}$ $\hspace{2cm}$ (20-62)<br><br>where<br>$H_k$ $\hspace{0.5cm}$ is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$ $\hspace{0.5cm}$ is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>(IEEE 802.11-2012, p. 1727) |

U.S. Patent No. 7,260,153

| Claim 29 | |
|---|---|
| 29. An apparatus according to claim 28, wherein each of said functions maps said channel singular values onto an expected value of said cross-talk SNR of said respective sub-stream. | The Accused Products, such as the Computing Devices, comprise an apparatus according to claim 28 and wherein each of said functions maps said channel singular values onto an expected value of said cross-talk SNR of said respective sub-stream.<br><br>Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:<br>a) STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $H_{AB,k}$.<br>b) STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $H_{BA,k}$.<br>c) STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.<br>d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>(IEEE 802.11-2012, pp. 1729-30) |

15