# EXHIBIT E

U.S. Patent No. 7,656,845

| Claim 18 | |
|---|---|
| 18. An apparatus, comprising: | PowerFleet, Inc. ("PowerFleet") makes, uses (including via testing), imports, sells and/or offers for sale, and/or instructs its customers to use (including test) the VAC4S, LCD601, LV-400, LV-450, Vehicle Gateway, DashCam, ELD solutions (such as the LV9000), FreightCam, Keyless Gateway, Micromobility Gateway, Digital Video Recorder, Speed Manager, Asset Gateway, Logistics Gateway, Logistics Gateway – Solar, Cold Chain Gateway, Temperature Sensor, Mount and Load Sensor, Forklift Gateway (VAC), Powerfleet Unity software/platform, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (collectively, the "Accused Products"), which comprise an apparatus. |
| a means for allocating at least a first data channel of a plurality of data channels to be shared between a first medium and a second medium, to the first medium for data transmission via a wireless device, and for allocating at least a second data channel of the plurality of data channels to the second medium for data transmission via the wireless device; and | The Accused Products, such as the LV9000, comprise a means for allocating at least a first data channel of a plurality of data channels to be shared between a first medium and a second medium, to the first medium for data transmission via a wireless device, and for allocating at least a second data channel of the plurality of data channels to the second medium for data transmission via the wireless device.

For example, the LV9000 comprises a processor, an 802.11 transceiver and a Bluetooth transceiver. |

1

U.S. Patent No. 7,656,845

| Claim 18 | |
|---|---|
| | **Specifications** |
| | Dimensions:    118mm x 220mm x 28mm |
| | Weight:    1.5kg |
| | Display:    7″ TFT |
| | Cellular:    LTE w/3G Fall back (HSPA+) |
| | Glonass/GPS:    SiRF5, 66 channel, -163dBm sensitivity |
| | OS:    Android 7.1.2 |
| | CPU:    Qualcomm MSM8909 A7 Quad Code 1.0GHz |
| | Memory:    1GB LDP DDR3 (Memory) |
| |     8GB eMMC (Flash Storage) |
| | Connectivity:    RS232 Serial (6), USB 2.0 (2), Bluetooth LE, 802.11n |
| | Power:    12V (Max 28V) 350mA input voltage |
| | Operating Temperature:    -20°C to +75°C |
| | Humidity:    5% - 90% RH |
| | Environmental:    IP67 rated |
| | (LV9000 User Manual, p. 24) |
| | The processor allocates at least a first data channel of a plurality of data channels to be shared between a first medium and a second medium, to the first medium (e.g., 802.11b) for data transmission via a wireless device, and for allocating at least a second data channel of the plurality of data channels to the second medium (e.g., Bluetooth) for data transmission via the wireless device. |
| | The Accused Products allocates a time-slot channel (WLAN interval) to the first medium (802.11b) for data transmission and a different time-slot channel (WPAN interval) to the second medium (802.15.1). |
| | The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$ which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$ which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period. |
| | (IEEE 802.15.2-2003, p. 13) |

2

U.S. Patent No. 7,656,845

| Claim 18 | |
|---|---|
| a means for dynamically adjusting a number of the data channels assigned to one of the first and second media during the data transmission to remain within limits of a desired level of service. | 

Figure 2—Timing of the WLAN and WPAN subintervals

The MSE in the beacon may also specify a guard band ($T_{GUARD}$) by setting a non-zero value in the guard field. The purpose of this guard band is to specify an interval immediately preceding the next expected beacon (i.e., TBTT) that is to be free of WPAN traffic. This guard band may be necessary to guarantee that all WPAN traffic has completed by the WLAN beacon time (i.e., before the next beacon needs to be sent). (IEEE, 802.15.2-2003, p. 14)

The Accused Products, such as the LV9000, comprise a means for dynamically adjusting a number of the data channels assigned to one of the first and second media during the data transmission to remain within limits of a desired level of service.

802.15.2-2003 defines a Collaborative Coexistence Mechanism with an AWMA Medium Free Generation that is configured to dynamically allocate data channels to one of the 802.11 Device and the 802.15.1 Device based upon a desired level of service. |

3

U.S. Patent No. 7,656,845

## Claim 18



**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**

(IEEE, 802.15.2-2003, p. 10)

The 802.11b beacon frame includes a Medium Sharing Element (MSE) which defines the length of the time-slot channels (WLAN, WPAN, and Guard):

**Table 3—Medium sharing element format**

|  | Element ID | Element length | Offset ($T_{WLAN}$) | Length ($T_{WPAN}$) | Guard ($T_{GUARD}$) |
|---|---|---|---|---|---|
| Octets: | 1 | 1 | 2 | 2 | 2 |

The Offset, Length, and Guard fields are integer values specifying times in units of TU. Offset contains $T_{WLAN}$. Length contains $T_{WPAN}$. Guard contains $T_{GUARD}$.

(IEEE, 802.15.2-2003, p. 16)

The Offset, Length and Guard intervals can be dynamically adjusted to modify the number of time-slot

4

U.S. Patent No. 7,656,845

| Claim 18 | |
|---|---|
| | channels assigned to WLAN and WPAN data transmission to remain within limits of a desired level of service.<br><br>WLAN beacon time. If the offset field in the MSE is greater than the beacon interval, then no WPAN subinterval should exist [6]. If the total value of the offset field and the duration field is greater than the beacon time, $T_{WPAN}$ should end at the next TBTT. If the guard field is set to nonzero, and the beacon period minus the total value of offset and duration fields is less than the current value of the guard field, then $T_{WPAN}$ should finish prior to the subsequent TBTT. If the value in the offset field is less than the beacon interval but the value of the offset field plus the guard field is equal to or greater than the beacon interval, then there should be no WPAN subinterval [1, 6, 7].<br>(Emerging Wireless LANs, Wireless PANs, and Wireless MANs: IEEE 802.11, IEEE 802.15, 802.16 Wireless Standard Family, Xiao, Y. (2009), p. 142) |

5